**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00538-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
    Plaintiff,

       v.

**Q COMMUNICATIONS, INC.**, a California corporation;
**DON TUTHILL**, an individual;
    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

This case was stayed pending Righthaven's appeal of my decision dismissing its complaint in a related case. On March 15, 2012, the Tenth Circuit dismissed Plaintiff's appeal; accordingly, the stay in this case is lifted and Righthaven's complaint is DISMISSED WITH PREJUDICE.

Dated: March 20, 2012